UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD CROSBY,
    PLAINTIFF

v.

LANDSTAR, ET. AL.,
    DEFENDANTS

C.A. NO. 04-CV-1535 SLR

FILED
2005 MAY -9 AM 11:53
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF RICHARD CROSBY RESPONDING TO JUDGES ORDER OF APRIL 8th 2005 REQUESTING SUPPLEMENT TO THE RECORD. ALSO, PLAINTIFF RICHARD CROSBY MOTION TO SET FOR TRIAL OR TO SET FOR PRE-TRIAL HEARING IF NEEDED.

1) FACTS & CIRCUMSTANCES SURROUNDING ACCIDENT. PLAINTIFF HAS BOTH PERSONAL INJURY & PROPERTY DAMAGE THROUGH DEFENDANT LANDSTAR AT THE TIME OF ACCIDENT. COVERAGE & PAYMENT SHOULD NOT DEPEND ON FAULT. I RICHARD CROSBY WAS DRIVING A SEMI-TRUCK OWNED BY MYSELF PULLING A LOADED TRAILOR RENTED FROM LANDSTAR. WHILE IN THE PROCESS OF SLOWING DOWN IN TRAFFIC THE TRAILOR OWNED AND MAINTAIN BY LANDSTAR FAILED. SPECIFIC FAILURE WAS THE TIE DOWN "O-RINGS" THAT SHATTERED UNDER STRESS RELEASING THE LOAD TO FLY FORWARD CAUSING PLAINTIFF HARM AND DESTROYING THE SEMI-TRUCK. PLAINTIFF WAS AVAILABE TO LANDSTAR'S INDEPENDANT INVESTIGATOR & RECEIVED NO TICKET. BOTH POLICE & THE INVESTIGATOR HAVE STATED THE ENTIRE ACCIDENT WAS CAUSED BY THE TRAILOR'S FAILURE. PAYMENT OF INSURANCE CLAIMS SHOULD NOT HINGE OF DEFENDANTS POSITION THE PLAINTIFF WAS SOMEHOW AT FAULT.

2) MY RELATIONSHIP TO THE ACCIDENT IS THAT I WAS THE DRIVER AND OWNER OF THE SEMI-TRUCK WHICH WAS DESTROYED AND ~~WAS INJURED~~ PRIMARILY TO THE ARMS, FACE, AND PELVIC

3) FACTS RELATED TO WORK PERFORMED AND NOT PAID: THERE WERE SEVERAL LOADS THAT I HAD PULLED FOR LANDSTAR BEFORE THE ACCIDENT THAT I WAS NOT PAID FOR. ALSO, THE LOAD I WAS UNDER AT THE TIME HAD MONIES DUE.

4) THE SPECIFIC HARM DONE TO ME IS AT A MINIMUM PHYSICAL DAMAGES PRIMARILY TO BOTH ARMS, FACE, AND PELVIC AREA. ALSO, BY DEFENDANT FAILURE TO PAY CLAIMS BOTH MEDICAL & DAMAGES TO EQUIPMENT CAUSEING FURTHER DAMAGES BY DRAINING PLAINTIFF OF FUNDS. PLAINTIFF HAS BEEN UNABLE TO AFFORD PROPER MEDICAL ATTENTION WITHOUT CLAIMS BEING PAID IN A TIMELY MANNER.

I THE PLAINTIFF AM STILL FILING PRO-SE AND IN THE PROCESS OF SELLING OFF A FEW REMAINING ASSETS TO BE ABLE TO HIRE PROPER LEGAL HELP. I SHOULD HAVE A LAWYER BEFORE ANY HEARING OR TRAIL AND WOULD REQUEST THAT THE JUDGE GRANT MY MOTION TO TRIAL OR AT LEAST TO SET A PRE-HEARING.

RICHARD CROSBY

1502 S. DUPONT HIGHWAY
NEW CASTLE, DE 19720
PRO SE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD CROSBY
   PLAINTIFF,

V.

LANDSTAR, ET AL.
   DEFENDANTS

C.A. NO - ~~04~~ CV-1535

## CERTIFICATE OF SERVICE

I, RICHARD CROSBY, HEREBY CERTIFY THAT ON THE 9th DAY OF ~~~~ MAY, 2005, I HAVE CAUSED TWO (2) COPIES OF

PLAINTIFF RICHARD CROSBY RESPONDING TO JUDGE ORDER OF APRIL 8th, 2005 REQUESTING SUPPLEMENT TO THE RECORD. ALSO, PLAINTIFF RICHARD CROSBY MOTION TO SET FOR TRIAL OR TO SET FOR PRE-TRIAL HEARING IF NEEDED.

TO BE SERVED IN THE MANNER INDICATED UPON THE FOLLOWING COUNSEL OF RECORD:

VIA FIRST CLASS MAIL

JANE E. ORNEC
222 DELAWARE AVENUE
P.O. BOX 2306
WILMINGTON, DE 19899
(302) 888-6950

RICHARD CROSBY