IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD CROSBY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-CV-1535 |
| | ) | |
| v. | ) | |
| | ) | |
| LANDSTAR, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT LANDSTAR'S
MOTION TO DISMISS FOR LACK OF JURISDICTION**

Pursuant to Federal Rule of Civil Procedure 12(b)(1) defendant Landstar, by and through its undersigned counsel, hereby moves for entry of an order in the form attached hereto dismissing with prejudice plaintiff's Amended Complaint for lack of jurisdiction over the subject matter of this suit. The grounds for Landstar's Motion are more fully set forth in the Opening Brief in Support of Motion to dismiss for Lack of Jurisdiction filed and served herewith.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
James E. Drnec (# 3789)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6805
jdrnec@morrisjames.com
Attorneys for Defendant
Landstar/Inway

Date:  May 12, 2005

JED/019835-0006/1170269/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD CROSBY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-CV-1535 |
| | ) | |
| v. | ) | |
| | ) | |
| LANDSTAR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

AND NOW, this ____ day of _____, 2005, the Court having considered Defendant's Motion to Dismiss for Lack of Jurisdiction (the "Motion"), and all opposition thereto, it is hereby Ordered that the Motion is Granted. Plaintiff's Amended Complaint is DISMISSED with prejudice.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD CROSBY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-CV-1535 |
| | ) | |
| v. | ) | |
| | ) | |
| LANDSTAR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, JAMES E. DRNEC, hereby certify that on this 12th day of May 2005, I have caused two (2) copies of DEFENDANT LANDSTAR'S MOTION TO DISMISS FOR LACK OF JURISDICTION and DEFENDANT LANDSTAR'S BRIEF IN SUPPORT OF MOTION TO DISMISS FOR LACK OF JURISDICTION to be served in the manner indicated upon the following counsel of record:

VIA FIRST CLASS MAIL
Richard Crosby
1502 S. DuPont Highway
New Castle, DE 19720
*Pro Se*

James E. Drnec (#3789)