IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD CROSBY,
    PLAINTIFF,              | C.A. No. 04-CV-1535 SLR

    V.

LANDSTAR, ET AL.,
    DEFENDANT

<u>PLAINTIFF RICHARD CROSBY</u>
<u>MOTION TO DISMISS LANDSTAR'S MOTION TO</u>
<u>DISMISS DATED MAY 12, 2005 FOR FRAUD</u>

THE "EXHIBIT B" IS A FRAUD AND ILLEGIBLE. PAGE ONE & TWO ARE CLEARLY NOT THE SAME DOCUMENT. ALSO, PAGES DO NOT MATCH FAX DATES AT TOP AND ARE CLEARLY NOT OF THE SAME DOCUMENT.

THIS IS FRAUD AND WILL BECOME EVIDANCE IN MY CASE.

RICHARD CROSBY
1502 S. DUPONT HWY
NEW CASTLE, DE 19720
PRO-SE

/s/ Richard Crosby

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD CROSBY, <br> PLAINTIFF. <br> V. <br> LANDSTAR, ET AL., <br> DEFENDANTS. | CA. NO. 04-CV-1535 SLR |

## CERTIFICATE OF SERVICE

I, RICHARD CROSBY, HEREBY CERTIFY THAT ON THIS DAY MAY, 26 2005, I HAVE CAUSED TO BE TWO COPIES OF PLAINTIFF RICHARD CROSBY MOTION TO DISMISS LANDSTAR'S MOTION TO DISMISS DATED MAY 12, 2005 FOR FRAUD TO BE SERVED IN THE MANNER INDICATED UPON THE FOLLOWING COUNSEL OF RECORD.

VIA FIRST CLASS MAIL

JAMES E. DRNEC (#3789)
222 DELAWARE AVE
P.O. BOX 2306
WILMINGTON, DE 19899

 RICHARD CROSBY