# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

James E. Drnec
(302) 888-6950
jdrnec@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

June 2, 2005

BY HAND

The Honorable Sue L. Robinson
U.S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re: *Crosby v. Landstar Ranger, Inc., et al.*
C.A. No. 04-1535

Dear Judge Robinson:

I represent the defendant in the above-referenced matter. On Friday, May 27, 2005 I received the Plaintiff's response to my client's Motion to Dismiss. This letter is to inform you that we will not be filing a Reply. We look forward to presenting our Motion at the convenience of the Court.

Respectfully submitted,

James E. Drnec   (#3789)

JED/dap
cc: Richard Crosby