IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
RICHARD CROSBY,           )
                          )
          Plaintiff,      )
                          )
     v.                   )   Civ. No. 04-1535-SLR
                          )
LANDSTAR, et al.,         )
                          )
          Defendants.     )
```

O R D E R

At Wilmington this ２1ᵗʰ day of June, 2005, consistent with
the memorandum opinion issued this same date;

IT IS ORDERED that:

1.    Defendants' motion to dismiss (D.I. 9) is granted.

2.    Plaintiff's motion for a trial date, or pretrial
hearing (D.I. 8) is moot.


_____
United States District Judge